# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENTS TO THE

APPELLATE COURT PROCEDURAL

RULES COMMITTEE

: No. 260
:
:
: APPELLATE COURT RULES
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2016, the following are appointed as members of the Appellate Court Procedural Rules Committee for a term of three years commencing June 30, 2016:

> The Honorable Mary Jane Bowes
> Allegheny County
>
> The Honorable Patricia A. McCullough
> Allegheny County
>
> The Honorable Dale M. Fouse
> Beaver County